
ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

FREDERICK JACKSON, et al.,

        Defendants.
_____/

CRIMINAL NO. 11-cr-20551

HON. ROBERT H. CLELAND

## GOVERNMENT'S MOTION, ORDER AND SUPPORTING BRIEF TO SEAL INDICTMENT AND ARREST WARRANT

The United States of America hereby moves for an order sealing the Second Superseding Indictment and arrest warrants in this case, and states:

1. The Second Superseding Indictment in this case charges the defendants with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure provides:

> *(4) Sealed Indictment.* The magistrate judge to whom an indictment is returned may direct that the indictment be kept secret until the defendant is in custody or has been released pending trial. The clerk must then seal the indictment, and no person may disclose the indictment's existence except as necessary to issue or execute a warrant or summons.

Fed. R. Crim. P. 6(e)(4).

3. The government requests that the Second Superseding Indictment and arrest warrants be sealed because it is concerned that the defendant may attempt to flee, destroy evidence, or intimidate witnesses if the Indictment becomes a matter of public record before

the defendant is arrested.

WHEREFORE, the government respectfully requests that the Second Superseding Indictment and Arrest Warrants be sealed and maintained in a safe place and not be opened unless by further Order of this Court.

Respectfully submitted,

BARBARA L. MCQUADE
*United States Attorney*

*/s/ Wayne F. Pratt*
WAYNE F. PRATT
*Assistant United States Attorney*
211 West Fort Street, Suite 2001
Detroit, Michigan 48226-3220
phone: 313-226-9583
e-mail: wayne.pratt@usdoj.gov
bar no.: P69583

Date: January 10, 2013

**IT IS SO ORDERED**

_____
*United States Magistrate Judge*

Entered: 1/10/13