UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,　　　　　　　　　CRIMINAL NO. 11-CR-20551

　　　　　Plaintiff,　　　　　　　　　　　　　　　HON. ROBERT H. CLELAND

D-11　FREDERICK TILL JACKSON, a.k.a. "Big Fred,"
D-12　SARDAR ASHRAFKHAN, a/k/a "Dr. Khan,"
D-13　AHAB ELMADHOUN, R.Ph.,
D-14　WALEED YAGHMOUR, R.Ph,
D-15　DEEPAK KUMAR,
D-16　JOHN STEPHEN CHECK, Sr.,
D-17　DAVID VEZZOSSI,
D-18　DR. ADELFO PAMATMAT, M.D.,
D-19　DR. JOHN GERALT, D.O.,
D-20　DR. MALIK DABABNEH, M.D.,
D-21　DR. PAUL KELLY, M.D.,
D-22　DR. RAVI IYER, M.D.,
D-23　DR. MUHAMMAD AHMED,
D-24　TIMOTHY SPENCER, P.A.,
D-25　KRINA PATEL, R.Ph.,
D-26　SANJAY PATEL,
D-27　JAYSHRIBEN GANDHI, R.Ph.,
D-28　GUARANG GANDHI,
D-29　MOHAMMAD MIAN, a.k.a "Omar,"
D-30　FARAJ GHABAG,
D-31　JAVAR MYATT-JONES, a.k.a "Dr. Jones,"
D-32　TIFFANY WALKER, a/k/a "Mary Reed,"
D-33　SIERRA WALKER, a/k/a "Tosha,"
D-34　TONEY TAYLOR,
D-35　JIMMY FOSTER,
D-36　JAMES BLAKE,
D-37　TROY IVORY,
D-38　JACKIE RENEE IVORY,
D-39　ERIC HESTER,
D-40　ALFORNIA JOHNSON, a/k/a "Con", a/k/a "Alex" and "ShiCon,"
D-41　COREY WILLIAMS, a/k/a "CoCo,"
D-42　RONNIE MOSES, a/k/a "Red,"
D-43　PHILIP BURNETT, a/k/a "Frank", and "Frank Burns,"

D-44   GARLAND ARTHUR HOLMAN, a/k/a "G-Boy,"
D-45   JAMALL GIBSON, a/k/a "Mal,"
D-46   FELCIA JACKSON,
D-47   AYESHA McCRAY,
D-48   CHERISH LEWIS,
D-49   ROBERT SCOTT DIALS,
D-50   WILLIE DAVID JACKSON, a/k/a "Lil' Dave,"
D-51   LANCE HATTEN,
D-52   JOSH BARNES,
D-53   NATHAN REED, a/k/a "Reed,"
D-54   WILLIAM ASHLEY SMITH, a/k/a "Cash,"

                    Defendants.
_____/

## NOTICE OF CHANGE OF ASSISTANT U.S. ATTORNEY

To:   Attorney Admission Clerk and All Other Parties

Please take notice of the following change(s) of Assistant U.S. Attorney(s) of record for the above-captioned case:

Add the following AUSA(s):

Name:         Gjon Juncaj
Bar ID:       P63256
Telephone:    (313) 226-9623
Fax:          (313) 226-3800
Email:        gjon.juncaj@usdoj.gov

Terminated the following AUSA(s):

Name:         NONE
Telephone:                                    s/Gjon Juncaj
                                              GJON JUNCAJ
                                              Assistant United States Attorney
                                              211 W. Fort Street, Suite 2001
                                              Detroit, Michigan 48226
                                              (313) 226-9623
                                              gjon.juncaj@usdoj.gov
Dated: March 21, 2013                         (P63256)