AUSA Wayne Pratt (313) 226-9583
Special Agent Harry Swain (313) 647-1112

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
D-15 DEEPAK KUMAR,

Case No. 11-cr-20551

## ARREST WARRANT


FILED
APR 02 2013
CLERK'S OFFICE
DETROIT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* DEEPAK KUMAR, _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 841(a)(1), 846 (Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances)
18 U.S.C. §§ 1347, 1349 (Health Care Fraud Conspiracy)

Date:   JAN 10 2013                     _____
                                         *Issuing officer's signature*
                                         ELNORA BROWN   DEPUTY CLERK

City and state:   Detroit, MI            _____
                                         *Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. | |
| Date: _____ | _____ *Arresting officer's signature* _____ *Printed name and title* |

Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA