UNITED STATES DISTICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                              Case No. 11-CR-20551
v.                                    Honorable Robert H. Cleland

D-15 DEEPAK KUMAR, et al

    Defendant

_____/

## APPEARANCE

    PLEASE BE ADVISED that BRIAN M. LEGGHIO enters his Appearance as

Attorney on behalf Defendant, Deepak Kumar, in the above-captioned matter.

Date:  April 19, 2013               Respectfully Submitted

                                    LAW OFFICES OF BRIAN M. LEGGHIO

                                    By:_____/s/Brian M. Legghio
                                        Brian M. Legghio (P29658)
                                        Attorney for Defendant
                                        Deepak Kumar
                                        134 Market Street
                                        Mt. Clemens, MI  48043
                                        (586) 493-7000
                                        blegghio@legghiolaw.com

## PROOF OF SERVICE

The undersigned, under penalty of perjury, certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause by electronic filing through ECF.

                                          /s/ Elizabeth Edwards
                                  _____

BRIAN M. LEGGHIO
*Attorney and Counselor*
134 MARKET STREET
MT. CLEMENS, MI 48043-1740

PH: (586) 493-7000
FX: (586) 493-1177
blegghio@legghiolaw.com

 223