UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,          CRIMINAL NO. 11-CR-20551

                 Plaintiff,          HON. ROBERT H. CLELAND

v.

FREDRICK JACKSON, et al.,

                 Defendants.
_____/

## ORDER ADJOURNING TRIAL, SETTING DEADLINES AND DETERMINING EXCLUDABLE DELAY

Upon this Court's consideration of the government's motion for a continuance and the Court being informed of the circumstances,

**IT IS ORDERED** that the motions should be filed no later than **January 31, 2014, Plea Cutoff and Final Pretrial Conference will be held on April 8, 2014 at 2:00 pm, and the trial date is set for May 6, 2014 at 9:00,**

**IT IS FURTHER ORDERED** that the period of time between May 22, 2013, until the new trial date, is determined to be excludable delay within the meaning of 18 U.S.C. § 3161, based on the interests of justice and other matters concerning the defendants, for the reasons set forth in the Government's Motion,

which are adopted and incorporated in this Order.


                                         s/Robert H. Cleland
                                         HON. ROBERT H. CLELAND
Entered: August 22, 2013           United States District Court Judge


I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date August 22, 2013August 22, 2013, by electronic and/or ordinary mail.


                                         S/Lisa Wagner
                                         Case Manager and Deputy Clerk
                                         (313) 234-5522